IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| DONALD BRINKLEY, | ) | Civil Action No. 3:08-3427-GRA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of the parties' Joint Stipulation for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA), the Court hereby awards Plaintiff $4,627.00 in attorney fees and $16.00 in expenses pursuant to the EAJA, to be paid directly to Plaintiff's counsel, W. Daniel Mayes. It is further ordered that costs in the amount of $357.00 shall be awarded pursuant to 28 U.S.C. §§ 2412(a) and 1920.

**AND IT IS SO ORDERED.**

G. Ross Anderson, Jr.
Senior United States District Judge

June 11 , 2010

Anderson, South Carolina